**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OTTO DISLA,**

    **Plaintiff,**

                                      **CASE NO.: 6:22-CV-01855**

**v.**

**LEWIS PROPERTY SERVICES**
**SOUTHEAST, INC. d/b/a Lewis**
**Property Service,**

    **Defendant.**

_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

Plaintiff, OTTO DISLA, and Defendant, LEWIS PROPERTY SERVICES SOUTHEAST d/b/a Lewis Property Service, by and through undersigned counsel and pursuant to Local Rule 3.09(a), hereby notify the Court that the Parties have reached an agreement to settle the above-captioned matter. The Parties are preparing settlement documents, and anticipate filing a Joint Stipulation of Dismissal within the next thirty (30) days.

DATED this 27th day of January, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Kristyne E. Kennedy* | */s/ Anthony M. Georges-Pierre* |
| KRISTYNE E. KENNEDY | ANTHONY M. GEORGES-PIERRE |
| Florida Bar No.: 0194700 | Fla. Bar No. 533637 |
| KELSEY N. ORTIZ | JORGE L. COSTA |
| Florida Bar No.: 1010647 | Fla. Bar No.: 1031513 |
| COLE, SCOTT & KISSANE, P.A. | REMER, GEORGES-PIERRE, & HOOGERWOERD, PLLC |
| Tower Place, Suite 400 | |
| 1900 Summit Tower Boulevard | 2745 Ponce De Leon Blvd. |
| Orlando, Florida 32810 | Coral Gables, FL 33134 |
| Email: Kristyne.Kennedy@csklegal.com | Email: agp@rgpattorneys.com |
| Email: Kelsey.Ortiz@csklegal.com | Email: JCosta@rgpattorneys.com |
| Secondary Email: Celia.Cates@csklegal.com | Phone: (305) 416-5000 |
| Telephone: (321) 972-0028 | Facsimile: (305) 416-5005 |
| Facsimile: (321) 972-0099 | Attorneys for Plaintiff |
| Attorneys for Defendant | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Kristyne E. Kennedy*